**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-445 |
| Plaintiff - Appellee, | D.C. No. 3:17-cr-01370-AJB-1 |
| v. | MEMORANDUM* |
| JUAN MARQUIS HOLIDAY, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Anthony J. Battaglia, District Judge, Presiding

Submitted November 14, 2023**

Before:     SILVERMAN, WARDLAW, and TALLMAN, Circuit Judges.

Juan Marquis Holiday appeals from the district court's judgment and

challenges the 64-year-and-10-month sentence imposed on remand for

resentencing following his jury-trial convictions for multiple counts of interference

and attempted interference with commerce by robbery and brandishing and

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

discharging a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. §§ 2, 1951, and 924(c), respectively. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Holiday's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Holiday the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to Penson v. Ohio, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

Holiday's pro se motion to appoint new counsel is **DENIED.**

**AFFIRMED.**